UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MARION KILER, *on behalf of herself and all others similarly situated,*

                Plaintiff,

-against-

DZ RESTAURANTS, INC.,

                Defendant.

Case No.: 17-CV-03558

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)**

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against Defendant, DZ RESTAURANTS, INC., pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with the parties to bear responsibility for their respective fees and costs.

For the Defendant:

By: _____
Robert A. Lippman, Esq.
Lemery Greisler LLC
60 Railroad Place, Suite 502
Saratoga Springs, New York 12866
Telephone: 518-581-8800
RLippman@lemerygreisler.com

Date: 1/12/18

For the Plaintiff:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
30 East 39th Street, 2nd Floor
New York, NY 10016
Telephone: (212) 465-1188
cklee@leelitigation.com

Date: 1/12/18

SO ORDERED

        s/ LaShann DeArcy Hall

_____
U.S.D.J.